UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE<br>Plaintiff<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, AND BSR ASSOCIATES<br>Defendant | CIVIL ACTION NO. 05-10782 DPW |

## PLAINTIFFS' JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, the plaintiffs demand a trial by jury.

THE PLAINTIFFS

By their attorneys,

_/s/ J. O'Connor_
John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2077

_/s/ Daniel Murphy (JOC)_
Daniel Murphy
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P. O. Box 9729
Portland, Maine 04104-5029

Dated April 27, 2005.

613406_1
14941-91178

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Plaintiffs' Jury Demand by first class mail on the following:

Robert S. Bowditch
99 High Street
Brookline, MA  02146

Steven Rioff
25 Oakland Street
Lexington, MA  02420

Gerald Slavet
15 Winthrop Road
Wellesley, MA  02482

BSR Associates
220 Forbes Road
Braintree, MA  02184

Dated: April 27, 2005.

_____
John J. O'Connor

613411
10644-90291