## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT S. BOWDITCH, JR., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 05-10782-DPW |

### CERTIFICATE OF VISITING ATTORNEY OF PAUL MCDONALD

I, Paul McDonald, in accordance with LR 83.5.3, hereby certify that:

1. I am a shareholder of the law firm of Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, Portland, Maine.

2. I submit this Certificate of Visiting Attorney in support of the Motion for Leave to Admit Paul McDonald to Appear and Practice *Pro Hac Vice* in the above-captioned action filed by my colleague Daniel J. Murphy, counsel of record for plaintiffs Robert M. Gerber, as Trustee of the Rosalie Gerber Trust, William J. and Jayne Gilligan, husband and wife, and Sanford R. and Beth L. Hoffman, husband and wife ("Plaintiffs").

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; namely, the bars of the courts of the states of Maine, New York, and New Jersey; the Commonwealth of Pennsylvania; the United States District Courts for the Districts of Maine, New Jersey, the Western District of Michigan, the Southern District of New York, the Eastern and Middle Districts of Pennsylvania; and the Third Circuit Court of Appeals.

4. There are no disciplinary proceedings pending against me as a member of the bar of any

jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. In this action, I shall be associated with Mr. Murphy, John J. O'Connor of the law firm of Peabody & Arnold, and who is also counsel of record in this action, or another member of the bar of this Court upon whom all process, notices and other papers filed with the Court and whose attendance at any proceeding may be required by the Court.

Dated: April 25, 2005

Respectfully submitted,

By: Paul McDonald
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
Tel. (207) 774-1200

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Certificate of Visiting Attorney of Paul McDonald:

Robert S. Bowditch
230 Congress Street, 12th Floor
Boston, MA 02110

Steven Rioff
25 Oakland Street
Lexington, MA 02420

Gerald Slavet
15 Winthrop Road
Wellesley, MA 02482

BSR Associates
220 Forbes Road
Braintree, MA 02184

Dated: April 27, 2005.

_____
John J. O'Connor

613411
10644-90291