◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Robert M. Gerber, as Trustee of the
Rosalie Gerber Trust, et al

**SUMMONS IN A CIVIL ACTION**

V.

v.

Robert S. Bowditch, Jr.,
Gerald Slavet,
Steven Rioff, and
BSR Associates

CASE NUMBER:

**05 - 10782 DPW**

TO: (Name and address of Defendant)

BSR Associates
c/o MB Management
220 Forbes Road, Suite 205
Braintree, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Murphy
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, Maine  04104-5029

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   April 19, 2005

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: April 22, 2005 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____, MASSACHUSETTS

Said service was made at: _____

☒ Other: By handing true and attested copies thereof to MS. LAURIE HENRY, ADMINISTRATIVE ASSISTANT AND Duly Authorized Agent for the within-named BSR ASSOCIATES, C/O MB MANAGEMENT

Said service was made at: 220 FORBES ROAD, #205, BRAINTREE, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ 35.00    Trips _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 22, 2005
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.   FEE

Date   Time   Remarks   $ _____
ALSO SERVED:   $ _____
CIVIL ACTION COVER SHEET; CATEGORY SHEET AND FIRST REQUEST FOR PRODUCTION OF   $ _____
DOCUMENTS.   $ _____
   $ _____
   $ _____
   TOTAL   $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737