AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Robert M. Gerber, as Trustee of the
Rosalie Gerber Trust, et al

V.

Robert S. Bowditch, Jr.,
Gerald Slavet,
Steven Rioff, and
BSR Associates

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 10782 DPW

TO: (Name and address of Defendant)

Gerald Slavet
15 Winthrop Road
Wellesley, Massachusetts

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Murphy
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P.O. Box 9729
Portland, Maine  04104-5029

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  April 19, 2005

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me (1)

| NAME OF SERVER | DATE |
|---|---|
| GERARD O'DONNELL JODREY | April 25, 2005 |
| | TITLE |
| | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
**15 WINTHROP ROAD, WELLESLEY** _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____

☐ Other: By handing true and attested copies thereof to _____, MASSACHUSETTS
Duly Authorized Agent for the within-named _____

Said service was made at: _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE $ __80.00__   __3__ Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __April 25, 2005__
Date

Signature of Server

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __3__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 4-22-05 | | NO SERVICE AT 220 FORBES ROAD, #205, BRAINTREE, MA, | $ NC |
| 4-23-05 | | NO SERVICE MADE AT 15 WINTHROP ROAD, WELLESLEY, MA NO LONGER AT THIS ADDRESS. | $ 40.00 |
| 4-25-05 | | IN HAND SERVICE WAS MADE. | $ 40.00 |
| | | | $ |
| | | | $ |
| | | TOTAL | $ 80.00 |

(1) to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Duvalle, Jodrey & Associates
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737