UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>ROBERT S. BOWDITCH, JR., et al., <br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 05-10782-DPW |

## ASSENTED TO MOTION TO ENLARGE TIME
## TO ANSWER, MOVE OR RESPOND TO COMPLAINT

Defendants Robert S. Bowditch, Jr., Gerald Slavet, Steven Rioff, and BSR Associates, by their counsel, move to enlarge the time in which they may answer, move, or otherwise respond to the Complaint to and including June 1, 2005. Plaintiffs' counsel assents to this motion.

Respectfully submitted,

**ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF AND BSR ASSOCIATES,**

By its attorneys

_____
Steven M. Hansen (BBO# 220820)
Donald Savery (BBO# 564975)
Christina Davilas (BBO# 655477)
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: May 5, 2005

LITDOCS/600276.1

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that I conferred on May 4, 2005 with counsel for plaintiffs, who assented to this motion.

_____
Steven W. Hansen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the following counsel listed via first class mail on May 5, 2005:

John J. O'Connor, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02109

_____
Steven W. Hansen

LITDOCS/600276.1