IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE, | |
| Plaintiffs, | CIVIL ACTION NO. 05-10782 DPW |
| v. | |
| ROBERT S. BOWDITCH, JR. GERALD SLAVET, STEVEN RIOFF, And BSR ASSOCIATES, | |
| Defendants. | |

## STIPULATION REGARDING SERVICE

All parties stipulate and agree that defense counsel Bingham, McCutchen has waived service of process on behalf of all defendants pursuant to Fed. R. Civ. P. 4(d).

| THE PLAINTIFFS, | THE DEFENDANTS, |
|---|---|
| By their attorneys, | By their attorneys, |
| *Paul McDonald (po'c)* | *Steven Hansen (po'c)* |
| Paul McDonald | Steven M. Hansen, BBO # 220820 |
| Daniel J. Murphy | Donald Savery, BBO # 564975 |
| Bernstein, Shur, Sawyer & Nelson | Christina Davilas, BBO # 655477 |
| 100 Middle Street | Bingham McCutchen LLP |
| P.O. Box 9729 | 150 Federal Street |
| Portland, ME  04104-5029 | Boston, MA  02110 |

*JO'Connor*
John J. O'Connor, BBO # 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2077

614420
14941-91178

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Stipulation Regarding Service by first class mail on the following:

Paul McDonald, Esq.  
Daniel J. Murphy  
Bernstein, Shur, Sawyer & Nelson  
100 Middle Street  
P.O. Box 9729  
Portland, ME 04104-5029

Steven M. Hansen, Esq.  
Donald Savery, Esq.  
Christina Davilas, Esq.  
Bingham McCutchen LLP  
150 Federal Street  
Boston, MA 02110

Dated: May 13th, 2005.

_____  
John J. O'Connor

614420_1  
14941-91178