UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>ROBERT S. BOWDITCH, JR., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-10782-DPW |

## NOTICE OF APPEARANCE

The undersigned attorneys, pursuant to Local Rule 83.5.2(a) of the U.S. District Court for the District of Massachusetts, hereby enter their appearance in the above-captioned action as counsel for Defendants, Robert S. Bowditch, Jr., Gerald Slavet, Steven Rioff and BSR Associates.

Respectfully submitted,

**ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF AND BSR ASSOCIATES,**

By its attorneys

*/s/ Steven W. Hansen/*

Steven M. Hansen (BBO# 220820)
Donald Savery (BBO# 564975)
Christina Davilas (BBO# 655477)
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: May 5, 2005

LITDOCS/600289.1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the following counsel listed via first class mail on May 5, 2005:

    John J. O'Connor, Esq.
    Peabody & Arnold LLP
    30 Rowes Wharf
    Boston, MA  02109

                                                           Steven W. Hansen