UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT S. BOWDITCH, JR., et al., )<br><br>Defendants. ) | CIVIL ACTION NO. 05-10782-DPW |

## NOTICE OF APPEARANCE

The undersigned attorney, Christina N. Davilas, pursuant to Local Rule 83.5.2(a) of the U.S. District Court for the District of Massachusetts, hereby enters her appearance in the above-captioned action as counsel for Defendants, Robert S. Bowditch, Jr., Gerald Slavet, Steven Rioff and BSR Associates.

Respectfully submitted,

**ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF AND BSR ASSOCIATES,**

By its attorneys

_____ *Christina Davilas*
Steven W. Hansen, BBO #220820)
Donald J. Savery (BBO# 564975)
Christina N. Davilas (BBO #655477)
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: June 1, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the following counsel listed via first class mail on June 1, 2005:

John J. O'Connor, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02109

Daniel Murphy, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029

_____
Christina N. Davilas