THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ROBERT M. GERBER, AS TRUSTEE OF
ROSALIE GERBER TRUST, WILLIAM J.
GILLIGAN and JAYNE GILLIGAN,
HUSBAND and WIFE, SANFORD R.
HOFFMAN and BETH L. HOFFMAN,
HUSBAND and WIFE,

            Plaintiffs,

            v.

ROBERT S. BOWDITCH, JR.,
GERALD SLAVET, STEVEN RIOFF,
and BSR ASSOCIATES,

            Defendants.

CIVIL ACTION NO.
05-10782DPW

---

## STIPULATION REGARDING SCHEDULE FOR AMENDED COMPLAINT AND RESPONSE

Plaintiffs Robert M. Gerber, et al., and Defendants Robert S. Bowditch, et al., through their undersigned counsel and subject to the approval of the Court, stipulate that Plaintiffs shall file an Amended Complaint on or before June 17, 2005, and that in lieu of Defendants responding to the current Complaint, Defendants shall answer, move, or otherwise

LITDOCS/603345.1

respond to the Amended Complaint on or before July 25, 2005.

| THE PLAINTIFFS, | THE DEFENDANTS, |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN and JAYNE GILLIGAN, HUSBAND and WIFE, SANFORD R HOFFMAN and BETH L. HOFFMAN, HUSBAND and WIFE, | ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, and BSR ASSOCIATES, |

By their attorneys,                                    By their attorneys,

/s/ John J. O'Connor *by SWH per telephone authorization*
John J. O'Connor (BBO# 555251)
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2077

/s/ Steven W. Hansen
Steven W. Hansen (BBO# 220820)
Donald J. Savery (BBO# 564975)
Christina N. Davilas (BBO# 655477)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

/s/ Paul McDonald *by SWH per telephone authorization*
Daniel J. Murphy
Paul McDonald
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Dated: June 1, 2005