UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE<br>　　　　　Plaintiff<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, AND BSR ASSOCIATES<br>　　　　　Defendant | CIVIL ACTION NO. 05-10782 DPW |

**PLAINTIFFS' ASSENTED-TO MOTION FOR
ORDER ENLARGING OPPOSITION DEADLINE**

The plaintiffs move for an order enlarging the deadline by which they must file their opposition to the defendants' July 25, 2005 motion to dismiss up to and including September 2, 2005. In support of this Motion, the plaintiffs state as follows:

1. The plaintiffs' opposition to the motion to dismiss is due on August 8. Plaintiffs' counsel all have previously scheduled vacations for the month of August, including for dates prior to August 8.

2. This is a new action. The enlargement that the plaintiffs seek will not unreasonably delay its disposition.

3. The defendants have assented to this Motion.

For all the foregoing reasons, the plaintiffs request that this motion be granted, and that the Court issue an Order confirming that the plaintiffs have through September 2, 2005 to oppose the motion to dismiss.

THE PLAINTIFFS

By their attorneys,


   /s/ John J. O'Connor
John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2077


   /s/ Paul McDonald
   /s/ Daniel Murphy
Paul McDonald
*Pro Hac Vice*
Daniel Murphy
BBO # 656021
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P. O. Box 9729
Portland, ME  04104-5029

Dated July 28, 2005.
619640_1
14941-91178