## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE<br>        Plaintiff<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, AND BSR ASSOCIATES<br>        Defendant | CIVIL ACTION NO. 05-10782 DPW |

### PLAINTIFFS' ASSENTED-TO MOTION TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.1(B)(4), the plaintiffs move for leave to file an opposition to the defendants' motion to dismiss that exceeds 20 pages. The plaintiff's opposition is 24 pages in length. The defendants have assented to this motion.

For the foregoing reasons, the plaintiffs request that this motion be granted, and the plaintiffs given leave to file the accompanying opposition.

### CERTIFICATE OF COMPLIANCE

I, John J. O'Connor, spoke with defense counsel Donald J. Savery on September 1 and 2, 2005. He assented to the relief requested in this motion.

                                                /s/ John J. O'Connor
                                                John J. O'Connor

THE PLAINTIFFS

By their attorneys,


    John J. O'Connor
John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2077


    Paul McDonald
Paul McDonald
*Pro Hac Vice*
Daniel Murphy
BBO # 656021
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P. O. Box 9729
Portland, ME  04104-5029

Dated:  September 2, 2005.


## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached motion as follows:

| **By First Class Mail** | **By Hand** |
|---|---|
| Paul McDonald, Esq. | Steven M. Hansen, Esq. |
| Daniel J. Murphy | Donald Savery, Esq. |
| Bernstein, Shur, Sawyer & Nelson | Christina Davilas, Esq. |
| 100 Middle Street | Bingham McCutchen LLP |
| P.O. Box 9729 | 150 Federal Street |
| Portland, ME  04104-5029 | Boston, MA  02110 |

Dated:  September ____, 2005.

                                                John J. O'Connor

621831_1
14941-91178