UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT S. BOWDITCH, JR., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 05-10782-DPW |

**CERTIFICATION REGARDING CONFERENCE
BETWEEN PARTIES AND COUNSEL**

Pursuant to Notice of Scheduling Conference, Order for Joint Statement and Certifications and Order for Electronic Filing dated July 29, 2005, Plaintiff Robert M. Gerber and Daniel J. Murphy, Counsel for Robert M. Gerber, as Trustee of the Rosalie Gerber Trust, William J. and Jayne Gilligan, husband and wife, and Sanford R. and Beth L. Hoffman, husband and wife, and James D. Burns ("Plaintiffs'), hereby certify that they have conferred: a) regarding a budget for the costs of the full course of litigation and various alternative courses; and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          _____
Robert M. Gerber, Plaintiff          Daniel J. Murphy, BBO #656021
                                     Counsel for Plaintiffs
                                     Bernstein, Shur, Sawyer & Nelson
                                     100 Middle Street, P. O. Box 9729
                                     Portland, Maine 04104-5029
                                     (207) 774-1200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT M. GERBER, AS TRUSTEE OF THE
ROSALIE GERBER TRUST, et al.,

Plaintiffs,

v.

ROBERT S. BOWDITCH, JR., et al.,

Defendants.

CIVIL ACTION NO. 05-10782-DPW

## CERTIFICATION REGARDING CONFERENCE BETWEEN PARTIES AND COUNSEL

Pursuant to Notice of Scheduling Conference, Order for Joint Statement and Certifications and Order for Electronic Filing dated July 29, 2005, Plaintiffs William J. and Jayne Gilligan, and Daniel J. Murphy, Counsel for Robert M. Gerber, as Trustee of the Rosalie Gerber Trust, William J. and Jayne Gilligan, husband and wife, and Sanford R. and Beth L. Hoffman, husband and wife, and James D. Burns ("Plaintiffs'), hereby certify that they have conferred: a) regarding a budget for the costs of the full course of litigation and various alternative courses; and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
William J. Gilligan, Plaintiff

_____
Jayne Gilligan, Plaintiff

_____
Daniel J. Murphy, BBO # 656021
Counsel for Plaintiffs
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P. O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200 (tel.)
(207) 774-1127 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT S. BOWDITCH, JR., et al., <br><br> Defendants. | CIVIL ACTION NO. 05-10782-DPW |

## CERTIFICATION REGARDING CONFERENCE BETWEEN PARTIES AND COUNSEL

Pursuant to Notice of Scheduling Conference, Order for Joint Statement and Certifications and Order for Electronic Filing dated July 29, 2005, Plaintiffs Sanford R. and Beth L. Hoffman, and Daniel J. Murphy, Counsel for Robert M. Gerber, as Trustee of the Rosalie Gerber Trust, William J. and Jayne Gilligan, husband and wife, and Sanford R. and Beth L. Hoffman, husband and wife, and James D. Burns ("Plaintiffs"), hereby certify that they have conferred: a) regarding a budget for the costs of the full course of litigation and various alternative courses; and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Sanford R. Hoffman, Plaintiff

_____
Beth L. Hoffman, Plaintiff

_____
Daniel J. Murphy, BBO #656021
Counsel for Plaintiffs
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P. O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 05-10782-DPW |

## CERTIFICATION REGARDING CONFERENCE BETWEEN PARTIES AND COUNSEL

Pursuant to Notice of Scheduling Conference, Order for Joint Statement and Certifications and Order for Electronic Filing dated July 29, 2005, Plaintiff James D. Burns and Daniel J. Murphy, Counsel for Robert M. Gerber, as Trustee of the Rosalie Gerber Trust, William J. and Jayne Gilligan, husband and wife, and Sanford R. and Beth L. Hoffman, husband and wife, and James D. Burns ("Plaintiffs"), hereby certify that they have conferred: a) regarding a budget for the costs of the full course of litigation and various alternative courses; and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
James D. Burns, Plaintiff

_____
Daniel J. Murphy, BBO # 656021
Counsel for Plaintiffs
Bernstein, Shur, Sawyer & Nelson
100 Middle Street, P. O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200