UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., et al.,<br><br>Defendants. | CIVIL ACTION NO. 05-10782-DPW |

**ASSENTED TO MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT**

The Defendants, by their counsel, move to enlarge the time in which they may respond to Plaintiffs' Motion for Leave to File Second Amended Complaint up to and including September 23, 2005. This request is made without prejudice to seek further enlargement at the forthcoming Initial Scheduling Conference. Plaintiffs' counsel assents to this motion.

LITDOCS/614618.1

Respectfully submitted,

**ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF AND BSR ASSOCIATES,**

By its attorneys

/s/ Christina N. Davilas
Steven M. Hansen (BBO# 220820)
Donald Savery (BBO# 564975)
Christina N. Davilas (BBO# 655477)
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: September 13, 2005

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that I conferred on September 9, 2005 with counsel for plaintiffs, who assented to this motion.

/s/ Donald J. Savery
Donald J. Savery

LITDOCS/614618.1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the following counsel listed via first class mail on September 13, 2005:

    John J. O'Connor, Esq.
    Peabody & Arnold LLP
    30 Rowes Wharf
    Boston, MA 02109

    Paul McDonald, Esq.
    Bernstein, Shur, Sawyer & Nelson
    100 Middle Street
    P.O. Box 9729
    Portland, Maine 04104-5029

                                /s/ Christina N. Davilas
                                Christina N. Davilas