THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE, AND JAMES D. BURNS, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, AND BSR ASSOCIATES, <br><br> Defendants. | CIVIL ACTION NO. 05-10782-DPW |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                      Respectfully submitted,

                      **ROBERT S. BOWDITCH, JR.,**
                      **GERALD SLAVET,**
                      **STEVEN RIOFF, AND**
                      **BSR ASSOCIATES,**
                      By their attorneys,


                      /s/ Christina N. Davilas
                      Steven W. Hansen ( BBO# 220820)
                      Donald J. Savery (BBO# 564975)
                      Christina N. Davilas (BBO# 655477)
                      Bingham McCutchen LLP
                      150 Federal Street
                      Boston, MA  02110
                      (617) 951-8000

Dated: September 13, 2005

/s/ Robert S. Bowditch, Jr.
Robert S. Bowditch, Jr.

/s/ Gerald Slavet
Gerald Slavet

/s/ Steven Rioff
Steven Rioff

BSR Associates,
By its authorized representative,

/s/ Steven Rioff
Steven Rioff

LITDOCS/613402.1

## CERTIFICATE OF SERVICE

    I, Christina N. Davilas, hereby certify that on this 13th day of September, 2005, I served the foregoing document by causing a true copy of same to be delivered by federal express to counsel for the Plaintiffs.

                                                /s/ Christina N. Davilas
                                                Christina N. Davilas

LITDOCS/613402.1