UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, AS TRUSTEE OF THE ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE<br>        Plaintiff<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, AND BSR ASSOCIATES<br>        Defendant | CIVIL ACTION NO. 05-10782 DPW |

## PLAINTIFFS' JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, the plaintiffs demand a trial by jury.


THE PLAINTIFFS

By their attorneys,


*/s/ John J. O'Connor*
John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2077

*/s/ Paul McDonald (PHV)*
Paul McDonald
(*Pro Hac Vice* Granted)
Daniel Murphy
BBO # 656021
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P. O. Box 9729
Portland, Maine 04104-5029


Dated: May 9, 2006.

PABOS2:JOCONNO:637795_1
14941-91178