UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. GERBER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., *et al.*,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-10782-DPW |
| GEORGE S. BOURNAKEL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT S. BOWDITCH, JR., *et al.*,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-12178-DPW |

**JOINT MOTION CONCERNING CONSOLIDATION OF CASES AND SCHEDULING**

The parties respectfully submit the following Joint Motion Concerning Consolidation of Cases and Scheduling.

- 2 -

## I.    Consolidation of Cases and Schedule for Filing Consolidated Amended Complaint and Answer.

At the November 30, 2006 hearing on the Motion To Dismiss in *Gerber et al. v. Bowditch et al.,* C.A. No. 05-10782-DPW, the Court indicated that *Bournakel et al. v. Bowditch et al.,* C.A. No. 05-12178-DPW should be consolidated with the *Gerber* case.  The Complaints in the two actions contain the same allegations, but involve different plaintiffs.  The parties jointly move for the entry of an order confirming the consolidation.

Additionally, in the interests of efficiency and to avoid confusion, the parties request that Plaintiffs be given the opportunity to file a consolidated amended complaint, for purposes of combining and restating the allegations in a consolidated amended complaint and in light of the Court's Order dated May 8, 2006.  Plaintiffs agree to file and serve a consolidated amended complaint within ten (10) days of the Court's consolidation order.

At present, Defendants' answer to the pending complaint in *Gerber* is due on May 18, 2006.  In consideration of the parties' request that the Plaintiffs be given the opportunity to file a consolidated amended complaint, the parties request that this deadline be extended.  Specifically, the parties propose that the Defendants' answer to the consolidated amended complaint be due fourteen (14) days after the consolidated amended complaint is served.

## II.    Proposed Pretrial Schedule.

In light of the requested consolidation, the parties seek to extend the deadline for fact discovery in the proposed pretrial schedule they filed on September 13, 2005, to account for the extensive discovery expected to be taken in this case.  The following schedule reflects this change, and substitutes actual dates where only time periods were used in the September 13, 2005 submission (due to the then-pending Motion to Dismiss as well as the PSLRA automatic stay).

- 3 -

| Event | Deadline |
|---|---|
| File all motions to amend the pleadings and add parties | November 8, 2006 |
| Completion of all fact discovery | May 8, 2007 |
| Plaintiffs identify trial expert(s) and serve expert report(s) | May 8, 2007 |
| Defendants identify trial expert(s) and serve expert reports | June 22, 2007 |
| Plaintiffs serve rebuttal expert reports(s) | July 23, 2007 |
| Complete expert depositions | September 7, 2007 |
| Deadline for filing Rule 56 motions | October 8, 2007 |
| Final pretrial conference | December 7, 2007 |

- 4 -

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **ROBERT M. GERBER, AS TRUSTEE OF ROSALIE GERBER TRUST, WILLIAM J. GILLIGAN AND JAYNE GILLIGAN, HUSBAND AND WIFE, SANFORD R. HOFFMAN AND BETH L. HOFFMAN, HUSBAND AND WIFE AND JAMES D. BURNS** | **ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, and BSR ASSOCIATES,** |
| **GEORGE S. BOURNAKEL, NANCY MARCOTTE, MURIEL G. MILLER, DAVID A. OLSHAN, VICTOR PARSONNET, BETTY PERL, BETRYCE PROSTERMAN INDIVIDUALLY AND AS TRUSTEE OF THE ALBERT PROSTERMAN REVOCABLE TRUST, GEORGE E. REED, DONALD DAY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT SCHEUR, AND WILLIAM WISHNICK,** | By their attorneys, |
| By their attorneys, | |
| /s/ Paul McDonald | /s/ Christina Davilas |
| Paul McDonald, *Pro Hac Vice* | Steven W. Hansen, BBO #220820 |
| Daniel J. Murphy, 656021 | Donald J. Savery, BBO #564975 |
| BERNSTEIN SHUR SAWYER & NELSON | Christina Davilas, BBO #655477 |
| 100 Middle Street | BINGHAM McCUTCHEN LLP |
| P.O. Box 9729 | 150 Federal Street |
| Portland, ME 04104-5029 | Boston, MA  02110-1726 |
| (617) 951-8000 | (617) 951-8000 |

/s/ John J. O'Connor

John J. O'Connor, BBO# 555251
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2077

Dated:  May 18, 2006

- 4 -

- 5 -

- 5 -

LITDOCS/641056.1