```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


ROBERT M. GERBER ET AL
     Plaintiff
                                    CIVIL ACTION NO. 05-10782-DPW
v.

ROBERT S. BOWDITCH, JR. ET AL
     Defendant
----------------------------------------------------------------

GOERGE S. BOURNAKEL ET AL
     Plaintiff
                                    CIVIL ACTION NO. 05-12178-DPW
v.

ROBERT S. BOWDITCH, JR. ET AL
     Defendant
```

**ORDER RE: CONSOLIDATION**

WOODLOCK, District Judge

    After a hearing held on May 25, 2006, it is hereby ORDERED that Civil Action No.05-10782-DPW Robert M. Gerber et al v. Robert S. Bowditch, Jr. et al and Civil Action No. 05-12178-DPW George S. Bournakel et al v. Robert S. Bowditch, Jr. et al be, and they hereby are, CONSOLIDATED. Any further filings in these cases shall indicate the lead docket as Civil Action No. 05-10782-DPW.

```
                                    BY THE COURT,

                                    /s/ Michelle Rynne
DATED:  May 30, 2006                Deputy Clerk
```