**EXECUTION COPY**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT M. GERBER, et al.,

        Plaintiffs,

v.

ROBERT S. BOWDITCH, JR., GERALD SLAVET, STEVEN RIOFF, AND BSR ASSOCIATES,

        Defendants.

Civil Action No. 05-10782-DPW

And Consolidated Action 05-12178-DPW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate, pursuant to Fed. R. Civ. Pro. 41(1)(ii), to the dismissal of all claims that were or could have been asserted by the Plaintiffs in the above-captioned matter and/or in *Bournakel, et al. v. Bowditch, et al.,* Civil Action No. 05-12178-DPW, which has been consolidated into the above-captioned case. This dismissal is with prejudice, with each party to bear his/her/its owns costs and attorneys' fees and waiving all rights of appeal.

**EXECUTION COPY**

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| Robert M. Gerber, Individually and as Trustee of the Rosalie Gerber Trust, William J. Gilligan and Jane Gilligan, Sanford R. Hoffman and Beth L. Hoffman, James D. Burns, George G. Bournakel, Nancy Marcotte, Muriel G. Miller, David A. Olshan, Victor Parsonnet, Betty Perl, Leslie Prosterman, Individually and as Administrator of the Estate of Betryce Prosterman, in turn Individually and as Trustee of the Albert Prosterman Revocable Trust and of Share B of Prosterman Trust, George E. Reed, Donald Day, Individually and as Personal Representative of the Estate of Robert Scheur, William Wishnick, and Donald Thiry, | BSR Associates, Robert S. Bowditch, Jr., Gerald Slavet, Steven Rioff |
| By their Attorneys, | By Their Attorneys, |
| /s/ John J. O'Connor<br>John J. O'Connor<br>BBO # 555251<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA  02110<br>Tel: 617 951-2077 | /s/ Donald J. Savery<br>Steven W. Hansen ( BBO# 220820)<br>Donald J. Savery (BBO# 564975)<br>Christina N. Davilas (BBO# 655477)<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110<br>Tel: 617-951-8000 |

USIDOCS 5731204v10